**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Brent Samples,** *et al.***,**

       **Plaintiffs,**

    **v.**

**Logan County, Ohio,** *et al.***,**

       **Defendants.**

                                                    **Case No. C2-03-847**
                                                    **Judge Smith**
                                                    **Magistrate Judge Abel**

## CONDITIONAL DISMISSAL

This case was settled by the parties on July 5, 2006.  The parties are still working on finalizing the settlement agreement to writing.  The Court **CONDITIONALLY DISMISSES** this case, subject to motion to reopen filed within thirty days after the date of this order if all of the terms and conditions of the settlement have not been fulfilled.

The Clerk shall remove this case from the Court's pending cases and motions lists.

      **IT IS SO ORDERED.**

                                            **/s/ George C. Smith**
                                            **GEORGE C. SMITH, JUDGE**
                                            **UNITED STATES DISTRICT COURT**