IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Brent Samples, Administrator of the Estate of Susan K. Samples, | : |
| | : Case No. 2:03-cv-847 |
| Plaintiff | : Judge Smith |
| v. | : Magistrate Judge Abel |
| Logan County, Ohio, et al., | : |
| Defendant | : |

### ORDER

The December 11, 2005 joint motion of the parties to dismiss all claims as to all Defendants that were or could have been raised (doc. 69) is GRANTED.

    /S/ George C. Smith
George C. Smith
United States District Judge